1

2

3                                           JS - 6

4                                              O

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11   SAVETA FELIX                      )  Case No. EDCV 11-925-OP
                                       )
12                     Plaintiff,      )
                                       )  JUDGMENT
13              v.                     )
                                       )
14   MICHAEL J. ASTRUE,                )
     Commissioner of Social Security,  )
15                                     )
                       Defendant.      )
16

17        Pursuant to the Memorandum Opinion; Order of the United States

18   Magistrate Judge,

19        IT IS ADJUDGED that Judgment be entered affirming the decision of the

20   Commissioner of Social Security and dismissing this action with prejudice.

21

22

23   DATED: February 9, 2012

24                                          HONORABLE OSWALD PARADA
                                            United States Magistrate Judge

25

26

27

28